Matthew J. Kreutzer, Esq.
Nevada Bar No. 8834
Robert J. Cassity, Esq.
Nevada Bar No. 9779
HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169
(702) 669-4600
(702) 669-4650 – fax
mkreutzer@hollandhart.com
bcassity@hollandhart.com

Charles Wirken, Esq., *Pro Hac Vice Application pending*
Gust Rosenfeld, P.L.C.
201 East Washington Street, Suite 800
Phoenix, Arizona 85004-2327
(602) 257-7959
cwirken@gustlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISING LLC, a Delaware limited liability company, and BR IP HOLDER LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS 31S, INC., a Nevada corporation, and CHRISTOPHER LATHAM and SARAH LATHAM, husband and wife,<br><br>Defendants. | CASE NO.: 2:09-CV-00465-JCM (PAL)<br><br>**CERTIFICATE AS TO INTERESTED PARTIES** |

Pursuant to FRCP 7.1 and LR 7.1-1, the undersigned, counsel of record for plaintiffs, certify that (other than the plaintiffs) the following have an interest in the outcome of this case: Dunkin'

///

///

///

///

Page 1 of 2

4481569_2

Brands, Inc., Bain Capital, The Carlyle Group, and Thomas H. Lee Partners. These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED March 25, 2009.

/s/ Matthew J. Kreutzer
Matthew J. Kreutzer, Esq.
Robert J. Cassity, Esq.
Holland & Hart LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169

Charles Wirken, Esq.,
*Pro Hac Vice Application pending*
Gust Rosenfeld, P.L.C.
201 East Washington Street, Suite 800
Phoenix, Arizona 85004-2327

*Attorneys for Plaintiffs*

4481569_2